UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES FLOOD,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>FORFEITURE ALLEGATION |

*2:21-cr-238*
*Judge Watson*

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about March 18, 2021, in the Southern District of Ohio, the defendant, **CHARLES FLOOD,** did knowingly, intentionally, and unlawfully possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi).**

**COUNT TWO**

On or about March 18, 2021, in the Southern District of Ohio, the defendant, **CHARLES FLOOD,** knowing at that time that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Norinco, 7.62 caliber rifle, serial #10054519, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a).**

## FORFEITURE ALLEGATION

The allegations of Count Two of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c).

Upon conviction of the offense alleged in Count Two of the Indictment, the defendant, **CHARLES FLOOD**, shall forfeit to the United States all firearms and ammunition used and/or possessed in violation of such offenses, including but not limited to: a Norinco, 7.62 caliber rifle, serial #10054519 and ammunition, seized on March 18, 2021.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

s/Foreperson\
**FOREPERSON**

**KENNETH L. PARKER**\
**United States Attorney**

_____\
**NICOLE PAKIZ**\
**Assistant U.S. Attorney**